Sean F. Byrnes, Esq. (SS-5446)
Attorney ID#032921992
Byrnes O'Hern & Heugle, LLC
28 Leroy Place
Red Bank, NJ 07701
(732) 219-7711
Attorneys for Plaintiffs Heather Knauf
And Richard Bishop, Jr., and on behalf
Of all others similarly situated

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Heather Knauf and Richard Bishop, Jr. Individually, and on behalf of all others similarly situated | : <br> : <br> : <br> : |
| Plaintiff, <br> v. | : Civil Action #: 3:14-cv-06915-PGS-DEA <br> : |
| Unite Here Local 100, The Hotel Employees and Restaurant Employees International Union, AFL-CIO, BAM Management, LLC | : <br> : **WAIVER OF SUMMONS** <br> : <br> : |
| Defendants. | : <br> : |

TO:   Sean F. Byrnes, Esq.
      Byrnes, O'Hern & Heugle, LLC
      28 Leroy Place
      Red Bank, New Jersey 07701

I acknowledge receipt of your request that I waive service of a Summons in this action of Heather Knauf and Richard Bishop, Jr., Individually, and on behalf of all others similarly situated v. Unite Here Local 100, The Hotel Employees and Restaurant Employees International Union, AFL-CIO, BAM Management, LLC, Civil Case Number 3:14-cv-06915-PGS-DEA in the United States District Court for the District of New Jersey. I have also received a copy of the Complaint in the action, two copies of this

instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a Summons and an additional copy of the Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the Summons or in the service of Summons.

I understand that a judgment may be entered against the party on whose behalf I am acting if an answer or motion under Rule 12 is not served upon you within 60 days after November 6, 2014.

                UNITE HERE LOCAL 100, The
                Hotel Employees and Restaurant
                Employees International Union, AFL-CIO

Date: 12-5-14

BY: [signature]
Print Name: Regina Lentzig
Title: Attorney