# Byrnes, O'Hern & Heugle, LLC

## Attorneys at Law

Sean F. Byrnes
Daniel J. O'Hern, Jr.
Robert L. Heugle, Jr.*

*Certified by The Supreme Court of NJ
as a Civil Trial Attorney

Loryn M. Lawson †
Lauri Bini
Shawn Wallach †

† Licensed Also in New York

February 15, 2015

ELECTRONICALLY FILED

Clerk, United States District Court
402 E. State Street
Trenton, New Jersey 08608

RE:   Knauf, et al v. Unite Here Local 100, et als
      Civil Action No. 3:14-cv-06915-PGS-DEA

Dear Clerk:

Please be advised that this office represents the plaintiff, Mary Angers, in the above captioned matter. I am respectfully requesting that the Motion returnable on March 2, 2015 be rescheduled for March 16, 2015 pursuant to Local Rule 7.1(d)5.

Thank you for your consideration of this request.

Respectfully submitted,

SEAN F. BYRNES

SFB:ald

cc:   Regina Hertzig, Esq. (via fax 215-640-3201)